## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIVING LIFE** | : | **CIVIL ACTION** |
| **ALEXANDREA SEMRAU** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DEUTSCHE BANK NATIONAL TRUST** | : | **NO. 16-1069** |
| **COMPANY, et al.** | : | |
| **DETLEF SEMRAU** | : | |
| **LIVING LIFE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DEUTSCHE BANK NATIONAL TRUST** | : | **NO. 16-1105** |
| **COMPANY, et al.** | : | |

## ORDER

AND NOW, this 14th day of April, 2016, upon consideration of the complaints filed in

the above actions, and the "Response to Unseen Memorandum Orders and Petition for

Reconsideration," it is ORDERED that:

1.      Because Civil Action Nos. 16-1069 and 16-1105 contain common questions of

law and fact, the Clerk of Court shall CONSOLIDATE Civil Action No. 16-1105 under 16-1069.

All of the papers in Civil Action No. 16-1105 are to be placed in Civil Action No. 16-1069 and

Civil Action No. 16-1069 is to be stricken and shall remain closed.

2.      Living Life is DISMISSED as a party to this litigation.

3.      The complaints are DISMISSED without prejudice for the reasons discussed in

the Court's memorandum.

4.      Alexandrea Semrau and Detlef Semrau are given leave to file an amended

complaint within thirty (30) days of the date of this order in the event they can state a timely,

plausible claim within the Court's jurisdiction against any of the defendants. Any amendment shall identify all of the defendants in the caption of the pleading, shall not raise claims on behalf of other plaintiffs, and shall be a complete document that does not rely on or refer to prior pleadings filed in these actions. The Semraus shall state the basis for their claims against each defendant as clearly and as briefly as possible. Any amended complaint shall be filed in Civil Action Number 16-1069. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED. If the Semraus do not file an amended complaint, the Court may dismiss this action with prejudice.

5.      To the extent the Semraus seek reconsideration of the denials of their motions to enjoin their eviction on March 10, 2016, their request is DENIED as moot.

BY THE COURT:

PETRESE B. TUCKER, Ch. J.